989 So.2d 106 (2008)
Robert T. GARRITY, Jr.
v.
ST. PAUL FIRE & MARINE INSURANCE COMPANY, M.G. Mayer Yacht Services, Inc. and ABC Insurance Company.
No. 2008-C-1051.
Supreme Court of Louisiana.
August 29, 2008.
*107 In re Essex Insurance Company; M.G. Mayer Yacht Services Inc.;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. K, No. 614-110; to the Court of Appeal, Fifth Circuit, No. 07-CA-965.
Denied.